UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SCHOENHOFEN, *et al.* | Case No. 1:26-cv-04970-FJS (PC) |
| Plaintiffs, | ORDER FOR PLAINTIFFS TO SUBMIT APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* (FOR A NON-PRISONER) OR PAY FILING FEE |
| v. | |
| WALLACE, *et al.*, | THIRTY (30) DAY DEADLINE |
| Defendants. | |

Plaintiffs Matthew Schoenhofen and Loyd Dawkins, Jr. ("Plaintiffs") are civil detainees proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiffs initiated this joint action on June 29, 2026.[1] (ECF No. 1.) Plaintiffs did not submit applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or pay the $405.00 filing fee for this action.

With the exception of habeas corpus petitions, all parties initiating civil actions in a district court of the United States must pay a filing fee of $350.00 and an additional administrative fee of $55.00 for a total filing fee of $405.00. *See* 28 U.S.C. §§ 1914(a) & (c); Local Rule 121(c). "A civil action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C.

---

[1] At this time, the court expresses no opinion on whether this case may proceed as a joint action.

§ 1915(a)." *Remmert v. Newsome*, No. 1:23-CV-00050-ADA-HBK, 2023 WL 1806277, at *1 (E.D. Cal. Jan. 31, 2023). "In addition, although only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, each plaintiff must qualify for IFP status. Thus, each named plaintiff must submit separate applications to proceed as a pauper before a court will grant multiple plaintiffs *in forma pauperis* status in one action."[2] *Id.* (citing *Liang v. Kallis*, No. 2:21-cv-0595-JAM-CKD, 2021 WL 1721668, *1 (E.D. Cal. April 30, 2021)).

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiffs shall *each* submit the attached application to proceed *in forma pauperis* (for a non-prisoner), completed and signed, or in the alternative, Plaintiffs must collectively pay the $405.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order by any plaintiff will result in dismissal of that plaintiff from this action.

IT IS SO ORDERED.

Dated:    **July 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] In a recent decision, the Ninth Circuit Court of Appeals held that the Prison Litigation Reform Act ("PLRA") requires *each* prisoner proceeding *in forma pauperis* in a multi-prisoner lawsuit to pay "the full amount of a filing fee." *Johnson v. High Desert State Prison*, 127 F.4th 123, 132 (9th Cir. 2025) (quoting 28 U.S.C. § 1915(b)(1)). Plaintiffs are civil detainees, not "prisoners" within the meaning of the PLRA. *Agyeman v. INS*, 296 F.3d 871, 885–86 (9th Cir. 2002). Therefore, the court requires the payment of only one filing fee for this action if Plaintiffs do not both qualify to proceed *in forma pauperis*.

2