UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW SCHOENHOFEN, *et al.*,

Plaintiffs,

v.

WALLACE, et al.,

Defendants.

Case No. 1:26-cv-04970-FJS (PC)

ORDER GRANTING MOTIONS TO PROCEED *IN FORMA PAUPERIS* AS A NON-PRISONER

(ECF Nos. 8, 9)

Plaintiffs Matthew Schoenhofen and Loyd Dawkins, Jr. ("Plaintiffs") are civil detainees appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Currently before the court are Plaintiffs' individual motions for leave to proceed *in forma pauperis*, filed July 10, 2026. (ECF Nos. 8, 9.) Examination of these documents reveals that Plaintiffs are each unable to afford the costs of this action. Accordingly, the motions to proceed *in forma pauperis*, (ECF Nos. 8, 9), are HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **July 14, 2026**

UNITED STATES MAGISTRATE JUDGE